```
                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF NEW JERSEY
```

UNITED STATES OF AMERICA     :     Hon. Jerome B. Simandle

    v.     :     Criminal No. 08-482 (JBS)

ALFRED P. AVASSO,     :     **ORDER**

        Defendant.     :

    This matter came before the Court upon motion of Defendant Alfred P. Avasso for leave to withdraw his plea of guilty (Docket Item 21); and

    The Court having considered all arguments and submissions of counsel, together with all evidence submitted at hearings on September 16, 17, 20 & 21, 2010; and

    For good cause shown for reasons stated in the Opinion of today's date;

    IT IS, this __**21st**__ day of **October, 2010,** hereby

    ORDERED that Defendant's motion for leave to withdraw his plea of guilty shall be, and it hereby is, DENIED.

 

                                    **s/ Jerome B. Simandle**
                                    JEROME B. SIMANDLE
                                    U.S. District Judge